LINUS E. SOUTHWICK, APPELLEE, V. GEORGE F. UNANGST
ET AL., APPELLANTS.

FILED NOVEMBER 21, 1907.   NO. 14,941.

APPEAL from the district court for Logan county: HAN-
SON M. GRIMES, JUDGE. *Affirmed.*

*H. M. Sullivan,* for appellants.

*Hoagland & Hoagland, contra.*

EPPERSON, C.

Defendants appeal from an order overruling the motion
of the defendant George Unangst to set aside a judicial
sale and a confirmation of such sale. The clerk certified
that the record here presented was a true and perfect ·
transcript. It does not contain a copy of the objections
filed, nor is there a bill of exceptions presented. No reason
is given for setting aside the sale, except that the notice
of sale was not published as required by law, and this ques-
tion was not presented to the lower court.

The land involved herein is a part of the subject matter
of another action between some of the same parties.
*Unangst v. Southwick, ante,* p. 112. It appears that appel-
lants desire and believe that they are entitled to delay the
confirmation until the other action is disposed of. The
other action is between Verona Unangst and plaintiff
herein, and is to redeem the land in controversy. The fact
of its pendency furnishes no reason for delaying the con-
firmation upon the motion of George T. Unangst, nor does
the confirmation of the sale to the plaintiff herein prevent
redemption by Verona Unangst.

We recommend that the judgment of the lower court be
affirmed.

DUFFIE and GOOD, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED.